UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CARRIE ROYLANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3395-CV-S-DW |
| ) | |
| PRUDENTIAL FINANCIAL a/k/a The ) | |
| Prudential Insurance Company of America, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. 19). Having settled this mater by and between themselves, the parties move the Court to dismiss this case with prejudice and without costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: April 25, 2005